# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1166

_____

LUIS ENRIQUEZ GONZALEZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.


June 10, 2026


PER CURIAM.

The Court denies the petition for writ of prohibition docketed April 23, 2026, as unreasonably delayed. *See Snow v. State*, 352 So. 3d 529 (Fla. 1st DCA 2022).

LEWIS, WINOKUR, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and Stephanie Sanchez, Assistant Public Defender, Gainesville, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.